1   PHILLIP A. TALBERT
    United States Attorney
2   PETER K. THOMPSON
    Acting Regional Chief Counsel
3   SATHYA OUM
    Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4846
6        Facsimile: (415) 744-0134
    Attorneys for Defendant
7

8

9

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                             FRESNO DIVISION

13

14                                          No.  1:21-cv-00125-EPG
    CINDY TITUS,
15
                    Plaintiff,              STIPULATION AND ORDER FOR EXTENSION
16                                          TO FILE DEFENDANT'S OPPOSITION TO
    v.                                      PLAINTIFF'S OPENING BRIEF
17
    KILOLO KIJAKAZI,
18    Acting Commissioner of Social Security, (ECF No. 14)

19                  Defendant.

20
          The parties stipulate through counsel that Defendant, the Commissioner of Social Security
21
    (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening
22
    brief in this case.  In support of this request, the Commissioner respectfully states as follows:
23
          1.      Primary responsibility for handling this case has been delegated to the Office of
24
    the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").
25
          2.      Defendant's response to Plaintiff's opening brief is currently due May 16, 2022.
26
    Defendant has not previously requested an extension of time for this deadline.
27
          3.      The Region IX Office currently handles all district and circuit court litigation
28

1    involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and

2    Guam.

3          4.       The Region IX Office employs 43 staff attorneys, of whom 29 are actively

4    handling civil litigation involving the Social Security program in the eight assigned jurisdictions.

5    Most of the attorneys who handle program litigation cases have additional responsibilities, such

6    as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the

7    work product of junior attorneys, conducting trainings, and participating in national workgroups.

8    In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has

9    had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-

10   assigned cases into their existing caseloads.

11         5.       In addition to this "program" litigation, the 29 staff attorneys in the Region IX

12   Office maintain other workload responsibilities, with most of them dedicating 40 percent or more

13   of their time to these workloads.  The Region IX Office provides a full range of legal services as

14   counsel for the Social Security Administration, in a region that covers four states (including the

15   most populous state in the nation) and three territories.  These other workloads include

16   employment litigation; civil rights investigations; bankruptcy matters; and requests for legal

17   advice on wide-ranging topics, including employee conduct and performance, reasonable

18   accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property,

19   and contracts.

20         7.       The undersigned attorney has 11 briefs due in district court cases over the next

21   thirty days and has to prioritize cases with deadlines that have already been extended.

22         8.       Due to the volume of the overall workload within the Region IX Office, neither the

23   undersigned attorney nor another attorney in the Region IX Office anticipate being able to

24   complete briefing by the current due date of May 16, 2022.  Therefore, Defendant seeks an

25   extension of 60 days, until July 15, 2022 to respond to Plaintiff's opening brief.

26         9.       This request is made in good faith and is not intended to delay the proceedings in

27   this matter.

28

1    WHEREFORE, Defendant requests until July 15, 2022, to file her opposition to Plaintiff's

2  opening brief.

3

4                                            Respectfully submitted,

5

6  DATE: May 16, 2022                        */s/Shellie Lott*
                                             SHELLIE LOT
7                                            Attorney for Plaintiff
                                             (as approved via email on 5/13/22)
8

9                                            PHILLIP A. TALBERT
                                             United States Attorney
10

11 DATE: May 16, 2022              By      *s/ Sathya Oum*
                                             SATHYA OUM
12                                           Special Assistant United States Attorney

13                                           Attorneys for Defendant

14

15                              **ORDER**

16      Based on the above stipulation (ECF No. 14), IT IS ORDERED that Defendant shall file

17 Defendant's response to Plaintiff's opening brief no later than July 15, 2022. All other deadlines

18 in the Court's scheduling order are extended accordingly.

19

20 IT IS SO ORDERED.

21

22      Dated:   **May 16, 2022**                /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28